UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

B9 ADLEY OWNER LLC,

    Plaintiff,

v.                                            Case No: 8:22-cv-2533-KKM-SPF

DEREK HARGROVE and
CHERYL HARGROVE,

    Defendants.
_____

## ORDER

Defendant Derek Hargrove filed a notice of removal, (Doc. 1), and moves to proceed without paying fees or costs, (Doc. 2). The Magistrate Judge recommends that the Court deny Hargrove's motion to proceed without paying fees and remand this case to state court. (Doc. 3.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an

objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

The fourteen-day deadline for objections to the recommendation has passed. No party objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.). After review and for the reasons that the Magistrate Judge stated, the Court concludes that although Hargrove sufficiently demonstrates that he lacks the financial resources to pay the filing fee, the Court lacks subject matter jurisdiction over this tenant eviction action. (Doc. 3 at 3.)

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 3) is **ADOPTED** and made a part of this Order for all purposes.

2. Hargrove's motion to proceed in forma pauperis (Doc. 2) is **DENIED.**

3. The Court directs the Clerk to **REMAND** this action to the Circuit Court of the Twelfth Judicial Circuit Court in and for Sarasota County, Florida, and to transmit a certified copy of this order to the clerk of that court; to

**TERMINATE** any pending motions and deadlines; and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on December 9, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge