## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren  Kristin Esposito
Clerk of Court  Tampa Division Manager

B9 ADLEY OWNER LLC,

    Plaintiff,

v.  Case No: 8:22-cv-2533-KKM-SPF

DEREK HARGROVE,

    Defendant.

_____

### TRANSMITTAL OF RECORD TO STATE COURT

State Court Case Number: 2022-CC-005679 NC

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

December 12, 2022  ELIZABETH M. WARREN, CLERK

    By:    s/ST, Deputy Clerk

Enclosures

Date of Receipt: _____

By: _____

12/14/22